# WORLD AIRWAYS, INC., ET AL. v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL.

No. 800. Argued April 29–30, 1968.—Decided May 27, 1968.*

*Assistant Attorney General Wozencraft* argued the cause for petitioner in No. 946. With him on the brief were *Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, Joseph B. Goldman, O. D. Ozment, Warren L. Sharfman,* and *Robert L. Toomey. Jerrold Scoutt, Jr.,* argued the cause for petitioners in Nos. 800 and 969. With him on the brief for petitioners in No. 800 were *Leonard N. Bebchick, George Berkowitz, Stephen D. Potts, Clayton L. Burwell,* and *Frederick Bernays Wiener. Charles A. Hobbs* and *Glen A. Wilkinson* filed briefs for petitioner in No. 969.

*Edward R. Neaher* argued the cause for respondents in all cases. With him on the brief were *Carl S. Rowe* and *Gertrude S. Rosenthal.*

PER CURIAM.

The judgment of the United States Court of Appeals for the Second Circuit is affirmed by an equally divided Court.

MR. JUSTICE MARSHALL took no part in the consideration or decision of these cases.

---

*Together with No. 946, *Civil Aeronautics Board* v. *Pan American World Airways, Inc., et al.,* and No. 969, *American Society of Travel Agents, Inc.* v. *Pan American World Airways, Inc., et al.,* also on certiorari to the same court.